UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                              )
                                    )
LIVEMERCIAL AVIATION HOLDING,       )    CASE NO. 10-20051-JPK
LLC,                                )    CHAPTER 11
                Debtor              )

<u>UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO DISMISS</u>

Comes now United States Trustee Nancy J. Gargula ("UST") by counsel Jennifer W. Prokop and for her objection to Debtor Livemercial Aviation Holding, LLC's, Motion to Dismiss the UST now respectfully states:

1.  Debtor Livemercial Aviation Holding, LLC filed its voluntary Petition under Chapter 11 on January 11, 2010.

2.  On June 11, 2010, this Honorable Court entered an Agreed Order in which the Debtor was Ordered to do the following:

    a.  open a debtor-in-possession bank account at an authorized depository in the Northern District of Indiana;

    b.  provide detailed information in its Monthly Operating Reports (MORs) regarding all of the financial transactions between Livemercial, Inc. and the Debtor, including any and all expense payments made on behalf of the Debtor by Livemercial, Inc.; and

    c.  Attach to each MOR a copy of the detailed loan ledger in which the Debtor records the payments, advances, and adjustments to the loan owed to the Debtor by Livemercial, Inc.

3. To the UST's knowledge, except for some additional information provided in the MORs, the Debtor has failed to abide by the above referenced Order.

4. On September 8, 2010, the Debtor filed a Motion to Dismiss this case, stating that it's sole asset, a refurbished Dornier 328 jet airplane, was surrendered to the secured creditor.

5. Paragraph 7 of the Debtor's Motion to Dismiss states that this Debtor has no assets. The UST does not agree.

6. The UST respectfully objects to Debtor's motion to dismiss because this Debtor does have assets which could be used to pay unsecured creditors. These assets include, but are not limited to:

   a. Accounts Receivable of $1,549,437.09, which are 100% collectable according to the July MOR;

   b. An e*Trade account in the amount of $10,008, according to the July MOR; and

   c. An avoidable pre-petition transfer to an insider, Johnny Mathis, in the amount of $990,000 in cash, per the Statement of Financial Affairs #10 and #23. Mr. Mathis testified at this Debtor's Meeting of Creditors that these funds were transferred to him, personally, for his personal use, though one of his other corporations, CPA Warehouse.

7. The Debtor listed over $1,587,000 in unsecured debt on Schedule F.

8. In addition to the Schedule F debts, American Express Travel Related Services Co., Inc. filed an unsecured claim for $123,790. This creditor was not listed on Schedule F. As of this date, the Debtor has not objected to this claim.

9. The UST asserts that it is not in the best interest of Creditors to dismiss this case and that it is in the best interest of Creditors to convert this case to Chapter 7. The UST respectfully advises this Honorable Court that she intends to file a motion to convert this case to Chapter 7.

Respectfully submitted,

NANCY GARGULA
United States Trustee

By: /s/ Jennifer W. Prokop
Trial Attorney

Office of the United States Trustee
100 E. Wayne Street, Suite 555
South Bend, IN 46601
Tel: (574) 236-8105
Fax: (574) 236-8163

CERTIFICATE OF SERVICE

I, Jennifer W. Prokop, hereby certify that a copy of the foregoing was served by First Class United States Mail, postage paid, or Electronically, via the Bankruptcy Clerk's ECF Email System upon on April 21, 2010 upon:

Livemercial Aviation Holding, LLC: 3001 Leonard Drive, Suite 301, Valparaiso, IN 46383, and
Debtor's Counsel: Shelly A. DeRousse and Scott N. Schreiber of Stahl Cowen Crowley Addis, LLC

/s/Jennifer W. Prokop
Jennifer W. Prokop