UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LIVEMERCIAL AVIATION HOLDING, LLC, ) | CASE NO. 10-20051 JPK |
| ) | Chapter 11 |
| Debtor. ) | |

<u>ORDER AND NOTICE</u>

NOTICE IS HEREBY GIVEN that on September 8, 2010, the debtor Livemercial Aviation Holding, LLC filed its Debtor's Motion to Dismiss Case. The motion asserts that cause for dismissal exists pursuant to 11 U.S.C. § 1112(b).

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that any objection to the foregoing debtor's motion to dismiss, or any request for hearing thereon, must be filed in writing, or filed electronically, with the Clerk of this Court by **October 11, 2010**. In addition, the objection or request for hearing shall be served on the debtor's attorney Shelly DeRousse, Stahl Cowen Crowley Addis LLC, 55 West Monroe Street, Suite 1200, Chicago, IL 60603 and on the United States Trustee, One Michiana Square Building, Suite 555, 100 East Wayne Street, South Bend, IN 46601-2349.

IT IS FURTHER ORDERED AND NOTICE IS HEREBY GIVEN that absent any objections or request for hearing, the court may approve the Motion without further notice and hearing.

IT IS FURTHER ORDERED AND NOTICE IS HEREBY GIVEN that in the event that there is an objection or a request for hearing, a hearing will be scheduled by separate order.

A copy of the debtor's motion to dismiss is available at the Office of the Bankruptcy Clerk, 5400 Federal Plaza, Hammond, Indiana 46320, or electronically via the court's CM/ECF system.

Dated at Hammond, Indiana on September 16, 2010.

/s/ J. Philip Klingeberger
J. Philip Klingeberger, Judge
United States Bankruptcy Court

Distribution:
Debtor, Attorney for Debtor, US Trustee, All Creditors, All Parties-in-Interest